IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A. and PDVSA PETRÓLEO, S.A., <br><br> *Defendants*. | : <br> : <br> : <br> : C.A. No. 1:22-CV-01315-LPS <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**[PROPOSED] ORDER**

Plaintiff Banco San Juan Internacional Inc. ("Plaintiff") commenced this action on October 5, 2022 against Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A. ("Defendants"). D.I. 1.

Defendants moved to dismiss on January 17, 2023 for improper service of process pursuant to Federal Rule of Civil Procedure 12(b)(4)-(5) and the Foreign Sovereign Immunities Act (the "FSIA"), 28 U.S.C. § 1608(b); lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and the FSIA, 28 U.S.C. § 1330(b); improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3) and the FSIA, 28 U.S.C. § 1391(f); and, alternatively, lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and the FSIA, 28 U.S.C. § 1330(a).  D.I. 16, 17.  Plaintiff filed a brief in opposition to the motion to dismiss [D.I. 21], and Defendants filed a reply brief [D.I. 23].

On March 13, 2023, Plaintiff filed its "Motion to Strike Defendants' New Arguments and Evidence, or Alternatively, For Leave to File a Sur-Reply". D.I. 26.  Defendants filed their

1

opposition to Plaintiff's motion to strike [D.I. 28], and Plaintiff thereafter filed its reply [D.I. 29].

On March 30, 2023, the Court held argument on both Defendants' motion to dismiss and Plaintiff's motion to strike.

Accordingly, upon review and consideration of the above and for the reasons stated by the Court during the March 30, 2023 oral argument, it is hereby:

**ORDERED** that Defendants' motion to dismiss is **GRANTED IN PART** to the limited extent that the Court holds that this District is not the proper venue for this action under the Foreign Sovereign Immunities Act, and finds that this action should be transferred to the United States District Court for the District of Columbia.  The Court is not addressing or ruling on any of the remaining grounds for dismissal raised in Defendants' motion;

**ORDERED** that this action is hereby transferred to the United States District Court for the District of Columbia, under 28 U.S.C. § 1391(f)(4); and

**ORDERED** that Plaintiff's motion to strike is **DENIED** as moot.

SO ORDERED this 4th day of April, 2023:

_____
HONORABLE LEONARD P. STARK
UNITED STATES CIRCUIT COURT