# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:22−cv−01315−LPS

Banco San Juan Internacional Inc. v. Petroleos de Venezuela S.A. et al
Assigned to: Judge Leonard P. Stark
Related Cases:  1:17−mc−00151−LPS
                   1:19−mc−00079−LPS
                   1:19−mc−00290−LPS
                   1:19−mc−00342−LPS
                   1:21−mc−00046−LPS
                   1:21−mc−00481−LPS
                   1:22−mc−00069−LPS
                   1:22−mc−00068−LPS
                   1:20−mc−00257−LPS

Date Filed: 10/05/2022
Date Terminated: 04/28/2023
Jury Demand: None
Nature of Suit: 140 Negotiable Instrument
Jurisdiction: Diversity

Cause: 28:1332 Diversity−Negotiable Instrument

**Plaintiff**

**Banco San Juan Internacional Inc.**     represented by     **Thomas A. Uebler**
McCollom D'Emilio Smith Uebler LLC
Little Falls Centre Two
2751 Centerville Road, Suite 401
Wilmington, DE 19808
302−468−5963
Email: tuebler@mdsulaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam J. Waskie**
McCollom DEmilio Smith Uebler LLC
Little Falls Centre Two
2751 Centerville Road, Suite 401
Wilmington, DE 19808
302−485−1212
Fax: 302−691−6834
Email: awaskie@mdsulaw.com
*ATTORNEY TO BE NOTICED*

**Kelly Librera**
Email: klibrera@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**M. Imad Khan**
Email: ikhan@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paula W. Hinton**
Email: phinton@winston.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachael E. Thompson**
Email: rthompson@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Petroleos de Venezuela S.A.** | represented by | **Samuel Taylor Hirzel , II**<br>Heyman Enerio Gattuso & Hirzel LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302)472–7300<br>Email: shirzel@hegh.law<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Joseph D. Pizzurro**
Email: jpizzurro@curtis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Juan O. Perla**
Email: jperla@curtis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin A. Meehan**
Email: kmeehan@curtis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **PDVSA Petroleo, S.A.** | represented by | **Samuel Taylor Hirzel , II**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Joseph D. Pizzurro**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Juan O. Perla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin A. Meehan**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2022 | Ï 1 | COMPLAINT filed against PDVSA Petroleo, S.A., Petroleos de Venezuela S.A. ( Filing fee $ 402, receipt number ADEDC–3976100.) – filed by Banco San Juan Internacional Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet)(apk) (Entered: 10/06/2022) |
| 10/05/2022 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (apk) (Entered: 10/06/2022) |
| 10/05/2022 | Ï | No Summons Issued. (apk) (Entered: 10/06/2022) |
| 10/12/2022 | Ï 3 | NOTICE of Appearance by Adam J. Waskie on behalf of Banco San Juan Internacional Inc. (Waskie, Adam) (Entered: 10/12/2022) |
| 10/12/2022 | Ï | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (rjb) (Entered: 10/12/2022) |
| 10/12/2022 | Ï 4 | MOTION for Pro Hac Vice Appearance of Attorney Rachael E. Thompson, Esquire – filed by Banco San Juan Internacional Inc.. (Uebler, Thomas) (Entered: 10/12/2022) |
| 10/12/2022 | Ï 5 | MOTION for Pro Hac Vice Appearance of Attorney Kelly Librera, Esquire – filed by Banco San Juan Internacional Inc.. (Uebler, Thomas) (Entered: 10/12/2022) |
| 10/12/2022 | Ï 6 | MOTION for Pro Hac Vice Appearance of Attorney Paula W. Hinton, Esquire – filed by Banco San Juan Internacional Inc.. (Uebler, Thomas) (Entered: 10/12/2022) |
| 10/12/2022 | Ï 7 | MOTION for Pro Hac Vice Appearance of Attorney M. Imad Khan, Esquire – filed by Banco San Juan Internacional Inc.. (Uebler, Thomas) (Entered: 10/12/2022) |
| 10/14/2022 | Ï 8 | Letter to The Honorable Richard G. Andrews from Thomas A. Uebler regarding Amended Civil Cover Sheet with Addendum of Related Cases – re 1 Complaint,. (Attachments: # 1 Letter)(Uebler, Thomas) (Entered: 10/14/2022) |
| 10/19/2022 | Ï | Case Reassigned to Judge Leonard P. Stark. Please include the initials of the Judge (LPS) after the case number on all documents filed. (nms) (Entered: 10/19/2022) |
| 10/20/2022 | Ï 9 | NOTICE of Summonses (4) for Defendants Petrleos De Venezuela S.A. and Pdvsa Petrleo, S.A by Banco San Juan Internacional Inc. (Uebler, Thomas) (Entered: 10/20/2022) |
| 10/24/2022 | Ï 10 | Summons Issued as to PDVSA Petroleo, S.A. and Petroleos de Venezuela S.A. on 10/24/2022 Per D.I. 9 . (srs) (Entered: 10/24/2022) |
| 10/24/2022 | Ï 11 | ORAL ORDER: IT IS HEREBY ORDERED that a joint status report is due by October 31, 2022. ORDERED by Judge Leonard P. Stark on 10/24/22. (ntl) (Entered: 10/24/2022) |
| 10/25/2022 | Ï | SO ORDERED, re 6 MOTION for Pro Hac Vice Appearance of Attorney Paula W. Hinton, Esquire filed by Banco San Juan Internacional Inc., 7 MOTION for Pro Hac Vice Appearance of Attorney M. Imad Khan, Esquire filed by Banco San Juan Internacional Inc., 5 MOTION for Pro Hac Vice Appearance of Attorney Kelly Librera, Esquire filed by Banco San Juan Internacional Inc., 4 MOTION for Pro Hac Vice Appearance of Attorney Rachael E. Thompson, Esquire filed by Banco San Juan Internacional Inc. Signed by Judge Leonard P. Stark on 10/25/22. (ntl) (Entered: 10/25/2022) |

| | | |
|---|---|---|
| 10/31/2022 | 12 | STATUS REPORT by Banco San Juan Internacional Inc.. (Uebler, Thomas) (Entered: 10/31/2022) |
| 11/22/2022 | 13 | SUMMONS Returned Executed by Banco San Juan Internacional Inc..Petroleos de Venezuela S.A. served on 11/18/2022, answer due 12/9/2022. (Uebler, Thomas) (Entered: 11/22/2022) |
| 11/22/2022 | 14 | SUMMONS Returned Executed by Banco San Juan Internacional Inc..PDVSA Petroleo, S.A. served on 11/18/2022, answer due 12/9/2022. (Uebler, Thomas) (Entered: 11/22/2022) |
| 01/17/2023 | Ï | Pro Hac Vice Attorney Kelly Librera for Banco San Juan Internacional Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 01/17/2023) |
| 01/17/2023 | Ï | Pro Hac Vice Attorney M. Imad Khan, Paula W. Hinton, and Rachael E. Thompson for Banco San Juan Internacional Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mkr) (Entered: 01/17/2023) |
| 01/17/2023 | 15 | NOTICE of Appearance by Samuel Taylor Hirzel, II on behalf of PDVSA Petroleo, S.A., Petroleos de Venezuela S.A. (Hirzel, Samuel) (Entered: 01/17/2023) |
| 01/17/2023 | 16 | MOTION to Dismiss for Improper Venue – filed by PDVSA Petroleo, S.A., Petroleos de Venezuela S.A.. (Attachments: # 1 [PROPOSED] ORDER)(Hirzel, Samuel) (Entered: 01/17/2023) |
| 01/17/2023 | 17 | OPENING BRIEF in Support re 16 MOTION to Dismiss for Improper Venue *Memorandum of Law in Support of Defendants' Motion to Dismiss* filed by PDVSA Petroleo, S.A., Petroleos de Venezuela S.A..Answering Brief/Response due date per Local Rules is 1/31/2023. (Hirzel, Samuel) (Entered: 01/17/2023) |
| 01/18/2023 | 18 | MOTION for Pro Hac Vice Appearance of Attorney Joseph D. Pizzurro, Kevin A. Meehan and Juan O. Perla of Curtis, Mallet–Prevost, Colt & Mosle LLP – filed by PDVSA Petroleo, S.A., Petroleos de Venezuela S.A.. (Hirzel, Samuel) (Entered: 01/18/2023) |
| 01/18/2023 | Ï | SO ORDERED, re 18 MOTION for Pro Hac Vice Appearance of Attorney Joseph D. Pizzurro, Kevin A. Meehan and Juan O. Perla of Curtis, Mallet–Prevost, Colt & Mosle LLP filed by Petroleos de Venezuela S.A., PDVSA Petroleo, S.A. Signed by Judge Leonard P. Stark on 1/18/23. (ntl) (Entered: 01/18/2023) |
| 01/19/2023 | Ï | Pro Hac Vice Attorney Juan O. Perla, Kevin A. Meehan, and Joseph D. Pizzurro for PDVSA Petroleo, S.A. and Petroleos de Venezuela S.A. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mkr) (Entered: 01/19/2023) |
| 01/24/2023 | 19 | STIPULATION TO EXTEND TIME to answer Defendants' Motion to Dismiss to February 16, 2023 for Plaintiff to file an answering brief in opposition and on March 6, 2023 for Defendant to file a reply in further support of the Motion to Dismiss – filed by Banco San Juan Internacional Inc.. (Uebler, Thomas) (Entered: 01/24/2023) |
| 01/25/2023 | 20 | SO ORDERED, re 19 STIPULATION TO EXTEND TIME to answer Defendants' Motion to Dismiss to February 16, 2023 for Plaintiff to file an answering brief in opposition and on March 6, 2023 for Defendant to file a reply in further support of the Motion to Dismiss filed by Banco San Juan Internacional Inc. Signed by Judge Leonard P. Stark on 1/25/23. (ntl) (Entered: 01/25/2023) |
| 02/16/2023 | 21 | ANSWERING BRIEF in Opposition re 16 MOTION to Dismiss for Improper Venue filed by Banco San Juan Internacional Inc..Reply Brief due date per Local Rules is 2/23/2023. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Uebler, Thomas) (Entered: 02/16/2023) |
| 02/16/2023 | 22 | DECLARATION re 21 Answering Brief in Opposition, *OF M. IMAD KHAN* by Banco San Juan Internacional Inc.. (Attachments: # 1 Exhibit C through H)(Uebler, Thomas) (Entered: 02/16/2023) |

| | | |
|---|---|---|
| 03/06/2023 | Ï 23 | REPLY BRIEF re 16 MOTION to Dismiss for Improper Venue *Reply Brief In Support of Defendants' Motion to Dismiss* filed by PDVSA Petroleo, S.A., Petroleos de Venezuela S.A.. (Hirzel, Samuel) (Entered: 03/06/2023) |
| 03/06/2023 | Ï 24 | DECLARATION re 23 Reply Brief *Declaration of Julian Cardenas Garcia in Support of Reply Brief In Support of Defendants' Motion to Dismiss* by PDVSA Petroleo, S.A., Petroleos de Venezuela S.A.. (Hirzel, Samuel) (Entered: 03/06/2023) |
| 03/13/2023 | Ï 25 | REQUEST for Oral Argument by Banco San Juan Internacional Inc. re 16 MOTION to Dismiss for Improper Venue . (Uebler, Thomas) (Entered: 03/13/2023) |
| 03/13/2023 | Ï 26 | MOTION to Strike 23 Reply Brief – filed by Banco San Juan Internacional Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Rule 7.1.1 Statement)(Uebler, Thomas) (Entered: 03/13/2023) |
| 03/20/2023 | Ï 27 | ORAL ORDER: IT IS HEREBY ORDERED that the Court will hear argument on the pending motions (D.I. 16, 26) on March 30, 2023 at 1:00 p.m. in Courtroom 4A of the Boggs Federal Building in Wilmington, Delaware. ORDERED by Judge Leonard P. Stark on 3/20/23. (ntl) (Entered: 03/20/2023) |
| 03/27/2023 | Ï 28 | ANSWERING BRIEF in Opposition re 26 MOTION to Strike 23 Reply Brief *Defendants' Opposition to Plaintiff's Motion to Strike or For Leave to File a Sur−Reply* filed by PDVSA Petroleo, S.A., Petroleos de Venezuela S.A..Reply Brief due date per Local Rules is 4/3/2023. (Hirzel, Samuel) (Entered: 03/27/2023) |
| 03/29/2023 | Ï 29 | REPLY to Response to Motion re 26 MOTION to Strike 23 Reply Brief *Plaintiff's Reply in Support of Its Motion to Strike Defendants' New Arguments and Evidence or, Alternatively, for Leave to File a Sur−Reply* filed by Banco San Juan Internacional Inc.. (Uebler, Thomas) (Entered: 03/29/2023) |
| 03/30/2023 | Ï | Minute Entry for proceedings held before Judge Leonard P. Stark – Motion Hearing held on 3/30/2023. (Court Reporter: Deanna Warner). (twk) (Entered: 03/31/2023) |
| 04/03/2023 | Ï 30 | PROPOSED ORDER re 26 MOTION to Strike 23 Reply Brief , 16 MOTION to Dismiss for Improper Venue by PDVSA Petroleo, S.A., Petroleos de Venezuela S.A.. (Hirzel, Samuel) (Entered: 04/03/2023) |
| 04/04/2023 | Ï 31 | ORDER that Defendants' motion to dismiss is GRANTED IN PART to the limited extent that the Court holds that this District is not the proper venue for this action under the Foreign Sovereign Immunities Act, and finds that this action should be transferred to the United States District Court for the District of Columbia. The Court is not addressing or ruling on any of the remaining grounds for dismissal raised in Defendants' motion; it is further ORDERED that this action is hereby transferred to the United States District Court for the District of Columbia, under 28 U.S.C. § 1391(f)(4); it is further ORDERED that Plaintiff's motion to strike is DENIED as moot. Signed by Judge Leonard P. Stark on 4/4/23. (ntl) (Entered: 04/04/2023) |
| 04/10/2023 | Ï 32 | Official Transcript of Oral Argument held on 3/30/2023 before Judge Leonard P. Stark. Court Reporter/Transcriber Deanna Warner, email: warnerdeanna@gmail.com. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 5/1/2023. Redacted Transcript Deadline set for 5/11/2023. Release of Transcript Restriction set for 7/10/2023. (twk) (Entered: 04/10/2023) |
| 04/28/2023 | Ï | Case electronically transferred to USDC/District of Columbia. (ntl) (Entered: 04/28/2023) |