CO-386
10/2018

# United States District Court
# For the District of Columbia

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL INC.  )<br>  )<br>  )<br>  )<br>        Plaintiff  )<br>   vs  )<br>  )<br>PETRÓLEOS DE VENEZUELA SA et al.  )<br>  )<br>  )<br>        Defendant  ) | Civil Action No. __1:23-cv-01263_____ |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __BANCO SAN JUAN INTERNACIONAL INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __BANCO SAN JUAN INTERNACIONAL INC.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Francie N. Berger
Signature

888314271
BAR IDENTIFICATION NO.

Francie N. Berger
Print Name

Winston & Strawn LLP, 1901 L. Street NW
Address

Washington DC 20036
City          State          Zip Code

(202) 282-5000
Phone Number