IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA S.A. and PDVSA PETRÓLEO, S.A., <br><br> Defendants. | § § § § § § § § § § § § § Case No. 1:23-cv-01263 |

## DECLARATION OF KELLY A. LIBRERA

I, KELLY A. LIBRERA, hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am a partner with the law firm of Winston & Strawn LLP, with offices at 200 Park Avenue, New York, NY 10166, Telephone: 212-294-6700, Fax: 212-294-4700.

2. I hereby certify, pursuant to the Minute Order entered June 8, 2023, which conditionally granted the [ECF No. 39] Motion for Leave to Appear Pro Hac Vice, that I am familiar with this Court's Local Rules as updated in April 2023, and will abide by the rules of this Court.

3. I hereby certify that I am familiar with the [ECF No. 41] Order Establishing Procedures for Cases Assigned to Judge Colleen Kollar-Kotelly entered June 8, 2023 and will abide by these procedures.

Executed on June 15, 2023                   /s/ Kelly A. Librera___
                                             Kelly A. Librera