N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL INC., § § § Plaintiff, § § v. § § PETRÓLEOS DE VENEZUELA S.A. and PDVSA PETRÓLEO, S.A., § § § Defendants. § | Case No. 1:23-cv-01263 |

## **DECLARATION OF PAULA HINTON**

I, PAULA HINTON, hereby declare under penalty of perjury that the foregoing is true and correct:

1. I am a partner with the law firm of Winston & Strawn LLP, with offices at 800 Capitol Street, Suite 2400, Houston, TX 77002, Telephone: 713-651-2600, Fax: 713-651-2700.

2. I hereby certify, pursuant to the Minute Order entered June 8, 2023, which conditionally granted the [ECF No. 37] Motion for Leave to Appear Pro Hac Vice, that I am familiar with this Court's Local Rules as updated in April 2023, and will abide by the rules of this Court.

3. I hereby certify that I am familiar with the [ECF No. 41] Order Establishing Procedures for Cases Assigned to Judge Colleen Kollar-Kotelly entered June 8, 2023 and will abide by these procedures.

Executed on June 15, 2023                          /s/ Paula Hinton___
                                                                  Paula Hinton