IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANCO SAN JUAN INTERNACIONAL, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> PETRÓLEOS DE VENEZUELA, S.A. <br> and PDVSA PETRÓLEO, S.A., <br><br> *Defendants*. | C.A. No. 1:23-CV-1263 |

**DEFENDANTS PETRÓLEOS DE VENEZUELA, S.A.
AND PDVSA PETRÓLEO, S.A.'S MOTION TO DISMISS**

Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A., by and through their undersigned counsel, move to dismiss this action in its entirety for insufficient service of process pursuant to Federal Rule of Civil Procedure 12(b)(4) and the Foreign Sovereign Immunities Act (the "FSIA"), 28 U.S.C. § 1608(b); lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and the FSIA, 28 U.S.C. § 1330(b); lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and the FSIA, 28 U.S.C. § 1330(a); and failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) and the District of Columbia's Uniform Foreign-Country Money Judgments Act (the "D.C. Recognition Act"), D.C. Code § 15-361. The grounds for this Motion are set forth more fully in the accompanying memorandum of law, which is filed concurrently herewith.

Dated: June 27, 2023

                                    CURTIS, MALLET-PREVOST,
                                    COLT & MOSLE LLP

                                    */s/ Joseph D. Pizzurro*
                                    Joseph D. Pizzurro (D.C. Bar No. 468922)
                                    Kevin A. Meehan (D.C. Bar No. 1613059)
                                    Juan O. Perla (D.C. Bar No. 1660389)
                                    1717 Pennsylvania Avenue, N.W.
                                    Washington, D.C. 20006
                                    Tel.: (202) 452-7373
                                    Fax: (202) 452-7333
                                    jpizzurro@curtis.com
                                    kmeehan@curtis.com
                                    jperla@curtis.com

                                    *Attorneys for Defendants Petróleos de Venezuela, S.A.*
                                    *and PDVSA Petróleo, S.A.*