IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BANCO SAN JUAN INTERNACIONAL INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:23-cv-01263 |
| PETRÓLEOS DE VENEZUELA S.A. and PDVSA PETRÓLEO, S.A., | § § § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION FOR AN EXPEDITED STATUS CONFERENCE**

Pursuant to Federal Rule of Civil Procedure 16(a), Plaintiff Banco San Juan Internacional, Inc. ("BSJI") respectfully moves this Court to convene a status conference at the Court's earliest convenience to address the procedures and schedule for further proceedings in this case considering the ongoing sale of Defendant Petróleos de Venezuela S.A.'s ("PDVSA") assets in the District of Delaware.

Rule 16(a) authorizes the Court to direct attorneys for the Parties to appear before it "for such purposes as expediting disposition of the action; establishing early and continuing control so that the case will not be protracted because of lack of management; [and] discouraging wasteful pretrial activities." FED. R. CIV. P. 16(a)(1)-(3). This "rule makes scheduling and case management an express goal" because "when a trial judge intervenes personally at an early stage to assume judicial control over a case and to schedule dates for completion by the parties of the principal pretrial steps, the case is disposed of . . . more efficiently and with less cost and delay than when the parties are left to their own devices." FED. R. CIV. P. 16(a), Advisory Committee Notes on the 1983 Amendments. Here, these objectives of Rule 16, the strong public interest for

prompt and orderly resolution, and PDVSA's track record of employing dilatory tactics to avoid its obligation to pay—which obligation is uncontested[1]—warrant granting BSJI's Motion.

BSJI seeks to enforce its final, conclusive, and enforceable U.K. Judgments so that it may participate in the ongoing sale of PDVSA's assets in the District of Delaware to get paid. *See Crystallex Int'l Corp. v. Bolivarian Republic of Venez.*, Misc. No. 17-151-LPS (D. Del.). BSJI has sought to participate in that sale for almost a year, ECF No. 56, Pl.'s Mot. Summ. J. at 2–3, but PDVSA has impeded those efforts, and BSJI cannot participate until after this Court recognizes the U.K. Judgments. *See Crystallex Int'l Corp. v. Bolivarian Republic of Venez.*, Misc. No. 17-151-LPS, 2023 WL 4826467, at *2–4 (D. Del. July 27, 2023). Thereafter, BSJI must also register this Court's judgment in Delaware and obtain a writ of attachment.

On August 24, 2023, the Special Master appointed by Judge Leonard P. Stark to manage the sale of PDVSA's assets in Delaware filed a Joint Status Report, which noted that PDVSA seeks to set BSJI's deadline to obtain a writ of attachment in Delaware by *no later than December 22, 2023*. Joint Status Report at 2–3, *Crystallex Int'l Corp.*, Misc. No. 17-141-LPS (D. Del. Aug. 24, 2023), ECF No. 693 (outlining the position of the "Venezuela Parties," which includes PDVSA). This position—reiterated in a hearing before Judge Stark on September 12, 2023—essentially seeks to exclude BSJI from the sale process that would permit BSJI to have its U.K. Judgments satisfied.

PDVSA's position in Delaware and its position before this Court support the conclusion that PDVSA seeks to expedite the cutoff date for BSJI in Delaware while simultaneously

---

[1] PDVSA and PDVSA Petróleo, S.A. ("PPSA") have not contested their obligation to pay BSJI in the U.K. or the U.S. proceedings. ECF No. 36-1, Pl's First Am. Compl., Ex. A (2020 U.K. Judgment) at A-13, ¶ 18 (PDVSA did "not dispute the payment defaults or its liability."); ECF No. 36-2, Ex. B (2021 U.K. Judgment) at B-17 to B-18, ¶¶ 57–58 (PPSA agreed not to oppose BSJI's summary judgment application); ECF No. 53, Defs' Mot. Dismiss; ECF No. 55, Reply.

delaying disposition of the case before this Court in an effort to exclude BSJI from participating in the sale despite Judge Stark's objective to "promote the interest of including as many creditors as possible in the forthcoming sale." *Crystallex Int'l Corp.*, 2023 WL 4826467, at *6. PDVSA's conduct is not unexpected because it routinely employs dilatory tactics to avoid its payment obligations,[2] but these tactics contravene the purpose of the Federal Rules, which "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." FED. R. CIV. P. 1. Rule 16(a) empowers this Court to deter any further delay tactics that Defendants might use in this case by intervening "at an early stage to assume judicial control . . . and to schedule dates." FED. R. CIV. P. 16(a), Advisory Committee Notes on the 1983 Amendments.

Given the importance of this case to the ongoing Delaware sale, BSJI seeks merely to initiate a dialogue between the Court and the Parties as soon as possible to address procedures and a schedule for future proceedings, including the schedule for BSJI to file its summary judgment motion. An initial status conference with the Court will help avoid any unnecessary delay in the disposition of this enforcement action and be useful to further apprise this Court of important developments in the Delaware sale process. BSJI is and has been committed to bringing this case to a speedy and just resolution as promptly as possible. Accordingly, BSJI respectfully requests that the Court schedule an initial status conference at its earliest convenience. Counsel for BSJI can make themselves available for a status conference at any time in the next two weeks.

---

[2] *See e.g.*, Brief in Support of Crystallex's Mot. for an Order Compelling PDVH to Immediately Reissue the Share Certificate at 2, *Crystallex Int'l Corp.*, No. 17-151-LPS (D. Del. Sept. 7, 2023), ECF No. 710; ConocoPhillips's Joinder in Crystallex's Mot. at 2, *Crystallex Int'l Corp.*, No. 17-151-LPS (D. Del. Sept. 8, 2023), ECF No. 718.

Dated: September 13, 2023

WINSTON & STRAWN LLP

/s/ *Francie Berger*
Francie Berger (Bar No. 888314271)
1901 L St. NW
Washington, DC 20036
Telephone: (202) 282-5000
Fax: (202) 282-5100
Email: fberger@winston.com

Paula W. Hinton (*pro hac vice*)
M. Imad Khan (*pro hac vice*)
Rachael E. Thompson (*pro hac vice*)
800 Capitol St., Suite 2400
Houston, TX 77002
Telephone: (713) 651-2600
Fax: (713) 651-2700
Email: phinton@winston.com
       ikhan@winston.com
       rthompson@winston.com

Kelly A. Librera (*pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
Email: klibrera@winston.com

*Counsel for Banco San Juan Internacional,
Inc.*

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule 7(m), counsel for Plaintiff certifies that they conferred with counsel for Defendants regarding the relief requested in this motion. Defendants contest the relief requested.

On September 12, 2023, counsel for Plaintiff informed Judge Stark of its intent to file this motion and to apprise this Court of the ongoing sale in Delaware and its implications for Plaintiff. Judge Stark asked Defendant PDVSA's counsel whether it is opposed to keeping this Court apprised to which counsel answered that there is no objection to keeping this Court apprised, though Defendants would oppose an expedited status conference.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2023 a true and correct copy of the foregoing was served via ECF to all counsel of record.

*/s/ Francie Berger*
Francie Berger
